IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. MARTINEZ,

      Plaintiff,                    No. 2:11-cv-0942 KJN P

      vs.

WARDEN TIM VIRGA, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner, presently housed at California State Prison - Sacramento, proceeding without counsel. On April 11, 2011, plaintiff filed a motion for permanent restraining order to prevent defendants from discontinuing plaintiff's seizure medication. Plaintiff has provided medical records demonstrating that he suffers from a seizure disorder of unknown etiology, and that since defendants allegedly discontinued plaintiff's prescription for Gabapentin, plaintiff has suffered seizures on March 16, 2011, and from March 18, 2011, through March 22, 2011. Plaintiff's filing was signed April 7, 2011.

      Plaintiff's civil rights complaint also alleges discontinuation of medication to control his seizures. Plaintiff has provided attachments that demonstrate plaintiff has previously suffered physical injuries as a result of his seizure disorder, including a fall from the upper bunk,

////

and a fall from the toilet.  The court has not yet screened plaintiff's civil rights complaint,[1] but asks Supervising Deputy Attorney General Monica Anderson to contact appropriate officials at California State Prison - Sacramento, and to inform the court as to the current status of plaintiff's medical care for his seizure disorder, including whether or not plaintiff is currently receiving medication for his seizure order.  Once the court receives Ms. Anderson's status report, the court will address plaintiff's motion for injunctive relief.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within fourteen days from the date of this order, Supervising Deputy Attorney General Monica Anderson shall file a status report addressing the current status of plaintiff's medical care for his seizure disorder; and

2.  The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

DATED:  April 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mart0942.fb

---

[1] On April 18, 2011, plaintiff was directed to provide a completed application to proceed in forma pauperis within thirty days.