IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. MARTINEZ,

    Plaintiff,                    No. 2:11-cv-0942 KJN P

    vs.

TIM VIRGA, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel. On April 25, 2011, the court directed Supervising Deputy Attorney General Monica Anderson to file a status report, within fourteen days, addressing the current status of plaintiff's medical care for his seizure disorder. Plaintiff has since filed a second motion for preliminary injunction. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve a copy of plaintiff's April 26, 2011 motion (dkt. no. 10) and this order on Supervising Deputy Attorney General Monica Anderson.

DATED: May 3, 2011

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

mart0942.svc