IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. MARTINEZ,

    Plaintiff,               No. 2:11-cv-0942 KJN P

    vs.

VIRGA, et al.,

    Defendants.         ORDER

_____/

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). (Dkt. No. 5.) By order filed July 8, 2011, plaintiff's third amended complaint was dismissed and thirty days leave to file a fourth amended complaint was granted. On August 9, 2011, plaintiff was granted an additional thirty days in which to file a fourth amended complaint. Thirty days from that date have now expired, and plaintiff has not filed a fourth amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: September 19, 2011

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

mart0942.fta